UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-052 |
| | ) | |
| CHRISTOPHER PATE | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**TRAVERS W. CHANCE** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Travers W. Chance** be granted leave of absence for the following periods: **December 17, 2018 through December 23, 2018; and March 20, 2019 through March 25, 2019.**

This 30th day of November, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA